UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANDREW JOHNSON<br><br>　　　　Plaintiff<br><br>　　　　v.<br><br>PETER GEREN, in his Official Capacity as<br>Secretary of the Air Force, et al.<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-2079(RMU)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

PRAECIPE

Defendant respectfully request that the Clerk of the Court enter the appearance of

Assistant United States Attorney Benton G. Peterson.

　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　___/s/_____
　　　　　　　　　　　　　　Benton G. Peterson, Wis. Bar No. 1029849
　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　Judiciary Center Building
　　　　　　　　　　　　　　555 4th Street, N.W. – Civil Division
　　　　　　　　　　　　　　Washington, D.C.  20530
　　　　　　　　　　　　　　(202) 514-7238
　　　　　　　　　　　　　　Benton.Peterson@usdoj.gov

_____