UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW JOHNSON    Plaintiff    v.    PETER GEREN, in his Official Capacity as Secretary of the Air Force, et al.    Defendants. | Civil Action No. 05-2079(RMU) |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT
TO FILE ITS MOTION**

Defendant moves, pursuant to Fed. R. Civ. P. 6(b), for an enlargement of time to file its dispositive motion in this action. Defendant attempted to contact Plaintiff's counsel to ascertain his position but Plaintiff did not respond before the filing of this motion.

Good cause exists to grant this motion.

1. The United States Attorney's Office was served with the summons and complaint on November 14, 2005.[1] Defendant, Air Force was not properly served with either a summons or complaint.

---

[1] The complaint United States Attorney's Office received makes reference to at least three exhibits as attachments to the complaint. Despite a requirement in Rule 4(i)(1)(A-C), the defendant agency has not received by either registered or certified mail a copy of the summons or the complete complaint with said exhibits or attachments. At the time of this filing, neither defendant agency or the undersigned have copies of these exhibits, plaintiff did not include a copy of the exhibits referenced in plaintiff's complaint and defendant has been unable to locate the exhibit via PACER. Defendant will need to view these exhibits in order to fully respond to plaintiff's complaint.

2. Although since that date some information has been communicated to the Air Force litigation branch, additional and necessary information could not be gathered prior to the date for defendant's initial response. Defendant Air Force requires additional time to complete the necessary factual investigation of the allegations in the Complaint in order to prepare an answer or motion.

3. Further, the holidays and an officer discharge board which lasted three days, in which the plaintiff was the subject, have seriously impeded the defendant's ability to obtain the necessary supporting documentation to attempt to fill in the gaps in plaintiff's complaint from the Eglin Air Force Base (AFB), Florida and Bolling AFB, District of Columbia. The undersigned expects that agency counsel will be able to provide some of this information, however, an additional sixty days is needed for this to occur. A sixty day enlargement should allow defendant sufficient time to gather the necessary information and to transmit information to its counsel and submit an appropriate motion.

6. Therefore, defendant Air Force requests an enlargement of time of an additional 60 days, to March 14, 2006, within which to answer, move or otherwise respond.

7. Granting this extension should not result in undue delay.

Accordingly, defendant requests an extension of time to and including March 14, 2006.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney


_____
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney


_____
BENTON G. PETERSON, WI. Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7238;(202) 514-8780 (Facsimile)
 **Benton.Peterson@usdoj.gov**