IN THE UNITED STATES DISTRICT COURT
FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW JOHNSON,           )<br>                                              )<br>    Plaintiff,                        )<br>                                              )<br>    v.                                    )<br>                                              )<br>PETER GEREN, in his capacity as  )<br>SECRETARY OF THE AIR FORCE, )<br>et al.,                                      )<br>                                              )<br>    Defendants.                     )<br>_____) | **Civil Action No.:    1:05CV2079** |

**CONSENT STIPULATION**

The Plaintiff and the Defendant Church of God Ministries ("Church") have agreed to enlarge the time for the Church to file a responsive pleading to the Complaint. The Church's time to respond to the Plaintiff's Complaint has been enlarged by agreement of the parties until March 21, 2006.

                                                                                Respectfully submitted,

                                                                                _____/S/_____
                                                                                GLASSMAN & BULLOCK
                                                                                Stephen C. Glassman
                                                                                D.C. Bar No.: 024042
                                                                                Jesse D. Stein
                                                                                D.C. Bar No.: 465504
                                                                                1950 Old Gallows Rd., Suite 700
                                                                                Vienna, VA 22182
                                                                                Telephone:    (301) 670-9200
                                                                                Facsimile:     (703) 902-9501

2

**Certificate of Service**

    I hereby certify that the foregoing Stipulation was served on the following persons on March 9, 2006 via United States Mail, postage pre-paid.

James Kelley, Esq.
Morgan Lewis & Bockius, LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004

Benton Gregory Peterson
Assistant United States Attorney
Civil Division
555 4th St., NW, Room E4905
Washington, D.C. 20530

                                       _____/S/_____
                                         Jesse D. Stein