UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW JOHNSON )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>PETER GEREN, in his Official Capacity as )<br>Secretary of the Air Force, et al. )<br>)<br>Defendants. ) | Civil Action No. 05-2079(RMU) |

**FEDERAL DEFENDANT'S MOTION FOR AN ENLARGEMENT
TO FILE ITS MOTION**

Federal Defendant moves, pursuant to Fed. R. Civ. P. 6(b), for a three-day enlargement of time to file its dispositive motion in this action. Although the undersigned made an attempt to contact Plaintiff's counsel today regarding this motion, counsel could not be reached to determine his position.

Good cause exists to grant this motion.

1. Although federal defendant's motion is substantially complete, the agency has requested additional time to provide information necessary for submission with that motion.

2. The undersigned learned, today, that sources for information supporting several assertions necessary in responding to the allegations of Plaintiff's complaint were not available as anticipated earlier. Consequently, defendant's counsel had not foreseen the need to request an extension of time. The undersigned has been informed that alternative sources for this

information are being sought by the agency in preparation of defendant's motion.  The undersigned has been assured that the agency can rectify this omission in the time requested.

    3. This brief enlargement should allow federal defendant sufficient time in which to obtain information from declarants and the needed documents to respond.

    4.  Therefore, federal defendant  requests an enlargement of time of an additional three (3) days, to March 16, 2006, within which to answer, move or otherwise respond.

    5.  Granting this extension should not result in undue delay.

Accordingly, federal defendant requests an extension of time to and including March 16, 2006.

    Respectfully submitted,


_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney


_____
R. CRAIG  LAWRENCE, D.C. Bar #171538
Assistant United States Attorney


_____
BENTON G. PETERSON, WI. Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. Civil Division
Washington, D.C.  20530
(202) 514-7238;(202) 514-8780 (Facsimile)
 Benton.Peterson@usdoj.gov

Case 1:05-cv-02079-RMU    Document 5    Filed 03/13/2006    Page 3 of 3