IN THE UNITED STATES DISTRICT COURT
FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW JOHNSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PETER GEREN, in his capacity as )<br>SECRETARY OF THE AIR FORCE, )<br>et al., )<br>)<br>Defendants. )<br>_____ ) | **Civil Action No.:    1:05CV2079** |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, Andrew Johnson, by and through undersigned counsel, Glassman & Bullock and Stephen C. Glassman and Jesse D. Stein, pursuant to Fed. R. Civ. P. 41 hereby submits this Notice of Voluntary Dismissal.  Plaintiff voluntarily dismisses his Complaint against the Defendant Church of God Ministries.  No Defendant in this action has filed an Answer or a Motion for Summary Judgment.

    Respectfully submitted,

    _____
    GLASSMAN & BULLOCK
    Stephen C. Glassman
    D.C. Bar No.:  024042
    Jesse D. Stein
    D.C. Bar No.:  465504
    1950 Old Gallows Rd., Suite 700
    Vienna, VA 22182
    Telephone:    (301) 670-9200
    Facsimile:    (703) 902-9501

## Certificate of Service

      I hereby certify that the foregoing Stipulation was served on the following persons on March 15, 2006 via United States Mail, postage pre-paid.

James Kelley, Esq.
Morgan Lewis & Bockius, LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004

Benton Gregory Peterson
Assistant United States Attorney
Civil Division
555 4th St., NW, Room E4905
Washington, D.C. 20530

                                                          _____
                                                           Jesse D. Stein