UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW D. JOHNSON )<br>  )<br>  Plaintiff )<br>  )<br>  v. )<br>  )<br>PETER GEREN, in his official )<br>capacity as Secretary of the Air Force; )<br>  )<br>  AND )<br>  )<br>CHURCH OF GOD MINISTRIES )<br>  Defendants ) | Case No. 1:05 CV 02079 RMU |

**STATEMENT OF MATERIAL FACTS NOT IN GENUINE DISPUTE**

Pursuant to LCVR 7.1(h), the federal defendant submits this statement of material facts as to which there are no genuine dispute. The attached exhibits, supports this statement. (Exhibits 1 & 2 attached hereto.)

1. The Church of God Ministries (Church of God), located in Anderson, Indiana, is an ecclesiastical group recognized by the USAF to endorse religious ministry professional (RMP) for appointment as chaplains for service in the USAF. A group recognized by the USAF to endorse RMPs is called an "endorsing agent." An endorsing agent vouches for the ability of a RMP, including chaplains, to perform religious ministries to armed forces members. An endorsing agent has a statutory obligation to inform the USAF when a RMP they have endorsed is no longer able to provide religious services under the auspices of that endorsing agent's guidelines. (DoDI 1304. 28 §65, June 11, 2004, Attachment 1).

2. The USAF has reserved the ability to inform the endorsing agent of administrative action or other action regarding chaplaincy withdrawal for any RMP that the agent has endorsed. (AFI 52-102, §8, 7 Jan. 2004, Attachment 2).

3. At the time of his complaint plaintiff, Major Andrew Johnson was a United States Air Force Chaplain endorsed by the Church of God to perform religious ministry. He was investigated by the USAF in March 2005 for criminal activities, including adultery and fraternization with a subordinate. At the conclusion of the investigation, the criminal activity by the Plaintiff was substantiated. The report of investigation (ROI) of the criminal activity was filed in the Plaintiff's military file. (See ¶ 21 Plaintiff's complaint). Plaintiff was also issued a letter of reprimand (LOR), an administrative action, for his misconduct which was also filed in Plaintiff's military file. Both the ROI and the LOR were properly maintained within a Chaplain Personnel Folder or File (CPF), referred to as the "Plaintiff's File" in Plaintiff's complaint. (See Id.)

4. The CPF is a grouping of information for each active duty United States Air Force Chaplain. It contains various information, to include adverse action materials and punitive administrative matters, such as a LOR. ( See Air Force Systems Notice, AF052 AFHC C, promulgated through authority of 32 CFR 806(b)(31) Attachment 3). This file is a part of plaintiff's professional and military record." (See ¶ 21 Plaintiff's complaint, Exhibit 3).

5. The ROI which the Plaintiff refers to as having been released is in fact an executive summary, not the entire ROI. The executive summary is a one page document which lists the nature and

course of the investigation. The executive summary is not a comprehensive overview of the entire ROI. (<u>See</u>, Exhibit 4, *USAF Letter to the Church of God, dated 5 Aug 2005*).

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

_____
BENTON G. PETERSON, WI. Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7238