UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW D. JOHNSON ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 1:05 CV 02079 RMU |
| ) | |
| PETER GEREN, in his official ) | |
| capacity as Secretary of the Air Force; ) | |
| ) | |
| AND ) | |
| ) | |
| CHURCH OF GOD MINISTRIES ) | |
| Defendants ) | |

DECLARATION OF PATRICK M. LONG

I, MSgt Patrick M. Long, declare the following:

1. I am currently a NCOIC, 96 Mission Support Squadron Commander's Support Staff at Eglin Air Force Base, FL. I have held this position since 15 Jul 2005. In this capacity, I maintain and access originals and certified copies of Air Force records that are kept within an individual Air Force member's personnel file, such as a Chaplain Personnel File. I also authenticate such records when called upon to do so in the course of my duties.

2. Because of my position, I was asked to perform a search for a letter of reprimand (LOR) for Maj Andrew Johnson dated 14 Sept 2005. This is a type of record that is routinely kept in a member's personnel file, such as a Chaplain Personnel File.

3. Upon completion of the search for the LOR, I found that Maj Johnson did not provide a response of any type to the LOR or provide any matters, comments, statements or additional documents to the Commander who issued the LOR for his consideration within the 3 days provided by the Commander. Any response from Maj Johnson would have become a part of the record.

Given this date, 15 MARCH 2006, pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the above is true and correct.

_____Patrick M. Long_____
Name