

DEPARTMENT OF THE AIR FORCE
HEADQUARTERS 96TH AIR BASE WING (AFMC)
EGLIN AIR FORCE BASE, FLORIDA

SEP 1 4 2005

MEMORANDUM FOR MAJOR ANDREW D. JOHNSON, 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

FROM: 96 ABW/CC

SUBJECT: Letter of Reprimand

1. An investigation by the Air Force Office of Special Investigations (AFOSI) has disclosed numerous serious instances of misconduct on your part. Specifically, the investigation found:

    a. That between July 2004 and December 2004, you engaged in an unprofessional relationship with Charlette R. Bethea, an enlisted female and member of your congregation who had come to you for guidance and counseling. Despite the long standing Air Force prohibition against fraternization, you proceeded to develop a close personal relationship with A1C Bethea, sending her personal emails, giving her money, and allowing her to drive your personal vehicles.

    b. In addition, you selfishly discarded your role as chaplain and husband and chose to have an adulterous sexual affair with A1C Bethea, which resulted in her becoming pregnant by you.

    c. In November 2004, as you began to fear that your wife and the Air Force would learn of your unprofessional relationship with A1C Bethea, you embarked on a concerted effort to conceal your misconduct, offering to pay to fly A1C Bethea out of the country so she would not have to answer questions about your relationship, offering to make secret payments to A1C Bethea if she would keep the paternity of her unborn child a secret, and trying to intimidate her by threatening legal action if she spoke to investigators about your sexual relationship.

    d. After you had been ordered by your chain of command to have no further contact with A1C Bethea, you intentionally violated the no contact order by telephoning and e-mailing her on several occasions and offering her money to leave the country, both while she was on active duty and after she separated.

    e. In a further effort to conceal your misconduct, and with obvious disregard for the welfare of A1C Bethea and her unborn child, you strongly recommended that she have an abortion of her unborn child that you had fathered.

    f. In addition to this recent misconduct, the investigation disclosed that between November 2003 and March 2004, while deployed to Kuwait, you made inappropriate sexual comments to an enlisted female and directed a chaplain's assistant to download nude pictures

GOVT EXH 5
OFFERED PAGE R: 10
ADMITED PAGE R: 10/88
PAGE 1 of 3

of yourself from your camera to your government computer so that you could e-mail them using your government e-mail account.

g. Finally, the investigation disclosed that you have wrongfully engaged in a pattern of abusive behavior towards coworkers and subordinates for a number of years, frequently alleging racism as the cause of any perceived slight or negative personnel action against you. This pattern has continued with your assignment to Eglin AFB, as evidenced by your racially divisive sermon at the 0930 Gospel service in the Eglin Chapel on 27 February 2005.

5. You are hereby severely reprimanded! You have engaged in numerous serious acts of misconduct that violated the Air Force Code of Ethics for chaplains, Air Force core values, ideals of officership, and the Uniform Code of Military Justice. You have disgraced your position as an Air Force officer and chaplain, which has resulted in the loss of your ordination credentials and ecclesiastical endorsement by the Church of God, Anderson. Unfortunately, you have apparently successfully persuaded Ms Bethea that your ability to continue providing child support would be adversely affected if she cooperates with Air Force investigators. Her contact information in New York is no longer valid, and the Air Force is unable to locate or contact her. Therefore, do not misinterpret this administrative action as reflecting the appropriate disposition of the allegations against you. Rest assured, it is only due to Ms Bethea's unavailability and unknown whereabouts that you are not being court-martialed for the above offenses. You abused your special position of trust to pursue an unprofessional sexual relationship with an enlisted member of your own congregation, made every attempt to conceal your misconduct, and then, when that failed, publicly alleged racism on the part of the Air Force and your chain of command as the cause of your problems. It is time for you to stop blaming others and finally take responsibility for your actions.

6. This Letter of Reprimand will be placed in an Unfavorable Information File (UIF) under the provisions of AFI 36-2907. You should be aware that creation of a UIF could adversely affect your career, especially your eligibility for certain special assignments, training, or other programs. Therefore, you should make every effort to improve your conduct.

7. I offer you the opportunity to refute the allegations and submit a statement in extenuation, mitigation, or rebuttal, together with any supporting documents. You may also submit any oral or written statement or other evidence you want considered relating to my decision to file this reprimand in a UIF.

8. AUTHORITY: 10 U.S.C. 8013. PURPOSE: To obtain any comments or documents you desire to submit (on a voluntary basis) for consideration concerning this action. ROUTINE USES: Provides you an opportunity to submit comments or documents for consideration. If provided, the comments and documents you submit become a part of the action. DISCLOSURE: Your written acknowledgment of receipt and signature are mandatory. Any other comments or documents you provide are voluntary.

PAGE 2 of 3

DEC 12 2005

9. You will acknowledge receipt and return this letter to me within three (3) workdays of your receipt. Any comments, statements, or documents you wish to be considered concerning this LOR must be included with your response and will become part of the record.

*[signature]*
EDMOND B. KEITH, Colonel USAF
Commander

1st Ind, Maj Andrew D. Johnson, 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                        15 Sep 2005

MEMORANDUM FOR 96 ABW/CC

1. I acknowledge receipt of this LOR, dated 14 Sep 2005

2. I (do) ~~(do not)~~ intend to submit matters for you to consider in evaluating this matter.

*[signature]*
ANDREW D. JOHNSON, Major, USAF

Matters were / were ~~not~~ received from the member.

*[signature]*
EDMOND B. KEITH, Colonel, USAF
Commander

Certified true and accurate copy of the original. *[signature]* Military Records Mgr 96 MSS/CSS Records Custodian

PAGE 3 of 3