

**DEPARTMENT OF THE AIR FORCE**
HEADQUARTERS UNITED STATES AIR FORCE
OFFICE OF THE CHIEF OF CHAPLAINS
WASHINGTON, DC

5 August 2005

HQ USAF/HC
112 Luke Avenue
Bolling AFB DC 20032-9050

Reverend Richard D. Erb
3133 West 8th Street
Anderson IN 46011

Dear Reverend Erb

    Enclosed is the executive summary of the Office of Special Investigation(OSI) report of investigation on Chaplain Andrew Johnson that has been taken from his Chaplain Service personnel file here at Headquarters United States Air Force, Washington, DC.. This report is protected by the Privacy Act (5 U.S.C. §552a) and should be protected accordingly. Please do not further disclose the report and destroy it properly or return it to us once you no longer need the information. This report is being disclosed to you under the authority of Privacy Act exception 3 (5 U.S.C. §552a(b)(3)) as implemented in the routine use of system of records notice **F052 AFHC C**, *Chaplain Personnel Action Folder*, (June 11, 1997, 62 FR 31793). I am disclosing this to you because it concerns Chaplain Johnson's qualifications for continued duty as a representative of your denomination.

    Respectfully request your review of this information.

Sincerely

CHARLES C. BALDWIN
Chaplain, Major General, USAF
Chief of Chaplains

Enclosure