**F052 AFHC C**

**System name:**

Chaplain Personnel Action Folder (June 11, 1997, 62 FR 31793).

**System location:**

Office of the Chief of Chaplains, Headquarters United States Air Force, 172 Luke Avenue, 3rd Floor, Washington, DC 20330-5113.

**Categories of individuals covered by the system:**

Active Duty Chaplains.

**Categories of records in the system:**

This is a grouping of information for each active duty United States Air Force Chaplain. Items of information in these folders include, but not limited to current official photograph, current career brief, summary of education, officer career objective statement, chaplain services personnel evaluation, copy of chaplain's ecclesiastical endorsement, copy of appointment orders, copy of initial extended active duty orders, copies of assignment action documents, correspondence between the Chaplains and Headquarters USAF/Chief of Chaplains, requests for special personnel actions and dispositions curtailments.

**Authority for maintenance of the system:**

10 U.S.C. 8013, Secretary of the Air Force: powers and duties; delegation by, and 10 U.S.C. 8067, Designation: officers to perform certain professional functions.

**Purpose(s):**

The documents maintained in these folders are utilized by the Resource Manager in Headquarters United States Air Force/Chief of Chaplains, Chaplain Support Element, assignment selection of chaplains. Because of the necessity to insure an equitable denominational spread of chaplains on an installation and to insure the proper placement of specially qualified chaplains, it is necessary to maintain current information on each chaplain.

**Routine uses of records maintained in the system, including categories of users and the purposes of such uses:**

In addition to those disclosures generally permitted under 5 U.S.C. 552a(b) of the Privacy Act, these records or information contained therein may specifically be disclosed outside the DoD as a routine use pursuant to 5 U.S.C. 552a(b)(3) as follows:

Records may be disclosed to endorsing agents concerning the qualifications of their chaplains for continued duty as representatives of their denominations.

The 'Blanket Routine Uses' published at the beginning of the Air Force's compilation of systems of records notices apply to this system.

**Policies and practices for storing, retrieving, accessing, retaining, and disposing of records in the system:**

**Storage:**

Maintained in visible file binders/cabinets.

**Retrievability:**

Retrieved by name.

**Safeguards:**

Records are accessed by custodian of the record system, and by person(s) responsible for servicing the record system in performance of their official duties who are properly screened and cleared for need-to-know. Records are stored in locked cabinets or rooms.

**Retention and disposal:**

Retained for 2 years after separation then destroyed by macerating or burning.

**System manager(s) and address:**

Chief of Chaplains, Headquarters United States Air Force, 172 Luke Avenue, 3rd Floor, Washington, DC 20330-5113.

**Notification procedure:**

Individuals seeking to determine whether this system of records contains information on themselves should address written inquiries to the Chaplain Support Element, Headquarters United States Air Force, 172 Luke Avenue, 3rd Floor, Washington, DC 20330-5113.

**Record access procedures:**

Individuals seeking to access records about themselves contained in this system should address written requests to the Chaplain Support Element, Headquarters United States Air Force, 172 Luke Avenue, 3rd Floor, Washington, DC 20330-5113.

**Contesting record procedures:**

The Air Force rules for accessing records, and for contesting contents and appealing initial agency determinations are published in Air Force Instruction 37-132; 32 CFR part 806b; or may be obtained from the system manager.

**Record source categories:**

Member's personnel action requests/preferences and information retrieved from the Advanced Personnel Data System (ADPS).

**Exemptions claimed for the system:**

None.