BY ORDER OF THE
SECRETARY OF THE AIR FORCE

AIR FORCE INSTRUCTION 52-102
7 JANUARY 2004

*Chaplain*

PROFESSIONAL DEVELOPMENT



**COMPLIANCE WITH THIS PUBLICATION IS MANDATORY**

NOTICE: This publication is available digitally on the AFDPO WWW site at:
http://www.e-publishing.af.mil.

OPR: HQ USAF/HCX
  (Ch, Col Carlo F. Montecalvo)
Supersedes AFI 52-102, 21 June 2002

Certified by: HQ USAF/HC
(Ch, Maj Gen Lorraine K. Potter)
Pages: 8
Distribution: F

This instruction implements AFPD 52-1, *Chaplain Service*. It describes the process for designating officers as chaplains under Title 10, United States Code; and directs and outlines responsibilities in the Chaplain Service for professional development that ensures Air Force Chaplain Service personnel are fully trained and qualified to meet mission requirements. Any organization may supplement this volume. Violations of the specific requirements of this instruction by military personnel may result in prosecution under the Uniform Code of Military Justice (UCMJ). This instruction applies to active duty, Air Force Reserve and Air National Guard chaplains. Maintain and dispose of records created as a result of prescribed processes in accordance with AFMAN 37-139, *Records Disposition Schedule*.

*SUMMARY OF REVISIONS*

This edition of AFI 52-102 validates the role of the Chief of the Chaplain Service as the sole designator of chaplain status. It outlines organizational responsibilities and re-institutes the Chaplain Service Resource Board and its administrative chain of command. This document further clarifies the Chaplain and 5R0 formal training programs, Continuing Education and Clinical Pastoral Education directives. Finally, the document identifies the requirements for maintaining or withdrawing the designation of Chaplain.

**1. Designating Chaplains.** Only the Chief of the Chaplain Service can designate an officer as a chaplain.

   1.1. To be designated as a chaplain by the Chief of the Chaplain Service under Title 10, United States Code, Section 8067 (h), the officer must satisfy the requirements set forth in DoD Directive (DoDD) 1304.19, "Appointment of Chaplains for the Military Services," which include the following:

      1.1.1. Possess a baccalaureate degree with not less than 120 semester hours (180 quarter hours) of undergraduate credit from an accredited college or university.

1.1.2. Possess a post-graduate degree in the field of theological or related studies from an accredited institution, with not less than 72 semester hours (108 quarter hours) of graduate-level work. Related studies may include graduate courses in pastoral counseling, social work, religious administration, and similar disciplines when one-half of the earned graduate credits include topics in general religion, world religions, the practice of religion, theology/religious philosophy, ethics, and/or the foundational writings from the applicant's religious tradition.

1.1.3. Receive ecclesiastical endorsement from a religious organization meeting the administrative qualifications of DoDD 1304.19, "Appointment of Chaplains for the Military Services."

1.2. The Chief of the Chaplain Service can designate Air Reserve Component (ARC) officers not on extended active duty as chaplains, and assign them to the Chaplain Service Reserve under this instruction. ARC includes the Air Force Reserve.

1.2.1. Air National Guard (ANG) chaplains receive their designation upon the awarding of Federal Recognition (which concurrently designates them as an officer in the Reserve Component). ANG/DP is the approving authority." (*cf. AFI 36-2005, para 1.15*)

1.3. Only designated chaplains assigned to the Chaplain Service may wear the chaplain occupational badge. Retired chaplains may wear the chaplain occupational badge whenever they are authorized to wear the uniform.

2. **Organizational Responsibilities.**

2.1. **Office of the Chief of the Chaplain Service (HQ USAF/HC).** Develops and implements policy for professional development of Chaplain Service personnel under 10 U.S.C. § 8067(h).

2.1.1. **Chaplain Service Career Field Managers.** The Division Chief, Plans and Programs Division, and Senior Enlisted Manager, oversee all aspects of education and training programs and report directly to the Chief of the Chaplain Service.

2.2. **Plans and Programs Division (HQ USAF/HCX).** The Division Chief, Plans and Programs develops plans and programs in response to the vision and mission of the Chaplain Service to ensure readiness through professional development. Serves as a member of the Air Force Education Review Board (AFERB); serves as Career Field Manager (CFM). Oversees all professional education and training programs for members of the Chaplain Service. Provides functional direction for the Chaplain Service Institute. Plans, programs, and budgets for professional development.

2.2.1. Chaplain Service Institute (CSI). Develops and implements HQ USAF/HC education and training programs under the functional direction of the HQ USAF/HCX Division Chief and operational direction of HQ AETC/HC. Develops HQ USAF/HC mission resource support under the direction of the HQ USAF/HCX and implements resource support under the direction of HQ USAF/HCB (Budget Division).

2.2.1.1. Develops all Chaplain Service course content and design under the direction of Chaplain Service Career Field Managers.

2.2.1.2. Director of CSI reports to the Commander, College of Professional Development (CPD).

2.2.2. Chaplain Service Resource Board (CSRB). Provides resource support for the Office of the Chief of the Chaplain Service.

2.2.2.1. Identifies professional requirements and provides resources supporting Chaplain Service mission accomplishment.

2.2.2.2. Co-located with CSI, Maxwell AFB, AL and attached to the "25 Command", Bolling AFB DC.

2.2.2.3. Director of the CSRB reports to Chief, Plans and Programs (HQ USAF/HCX).

2.3. **Headquarters, Air Education and Training Command, Office of the Command Chaplain, (HQ AETC/HC).** Coordinates education and training for the Chaplain Service as directed by HQ USAF/HCX. Provides operational direction and support to the Chaplain Service Institute within the organizational structure of HQ AETC, Air University, and the College of Professional Development. Identifies Chaplain Service education and training requirements based on MAJCOM-FOA-DRU/HC inputs. Submits trend analysis and proposed strategies addressing requirements to HQ USAF/HCX during the month of March each year.

2.3.1. Advises MAJCOM-FOA-DRU/HC in the development and implementation of command-specific training programs, ensuring maximum outcome with minimum duplication of effort. Ensures communication and coordination with HQ USAF/HCX regarding all professional development programs above the Wing level.

2.3.2. Education and Training Officer. Serves as the Academic Specialty Monitor (ASM) on the AFERB Working Group. Advises HQ USAF/HCX regarding development and implementation of education and training programs.

2.4. **MAJCOM-FOA-DRU/HC.** Consolidates and analyzes education and training requirements, deficiencies and trends based on inputs from lower echelons; reports annual summary to HQ AETC/HC no later than 31 January. Coordinates with HQ USAF/HCX before developing HC initiated, command-specific professional development programs.

2.5. **Chaplain Service Council (CSC).** Provides recommendations regarding the personnel requirements and professional development of Chaplain Service personnel to meet mission needs. The CSC meets biannually in the spring and fall, and additionally at the discretion of the Chief of the Chaplain Service. It is the principal advisory body to the Chief of the Chaplain Service on matters of professional development.

2.6. **Headquarters, Air Force Personnel Center, Chaplain Personnel Management Division (HQ AFPC/DPAH).** Implements the assignment actions for chaplains as directed by the Chief of the Chaplain Service to meet mission requirements, to facilitate professional development of individual chaplains, and to ensure opportunities for chaplain career progression are managed with fairness, justice and equity. Provides the CSC with assignment data as required.

2.7. **Office of the Wing/Installation Chaplain (WG/HC).** Pursues professional development opportunities for Wing Chapel staff in response to local needs assessment(s). Identifies deficiencies and requirements to MAJCOM-FOA-DRU-NGB/HC annually.

2.7.1. Certifies the completion of all instructional units in the USAF Chaplain Service Mentoring Handbook (§3.3.4.) prior to application for Conditional Reserve Status (CRS).

3. **Programs.** Programs include resident courses at the Chaplain Service Institute, distance learning, distributed learning, mobile teaching teams, graduate education, clinical training, internet-based learning, conferences, symposia, and retreats.

3.1. **Formal Chaplain Education.** Course descriptions, content, and prerequisites are found in Air Force Education and Training Course Announcements (ETCA). ETCA is found at https://etca.randolph.af.mil

   3.1.1. **Basic Chaplain Course (BCC).** Religious Professionals assessed into the Chaplain Service must successfully complete BCC for award of the 52R3 (fully qualified chaplain).

   3.1.2. **Intermediate Chaplain Course (ICC).** Chaplains must attend ICC after completing eight years, but before completing twelve years, of Chaplain Service ministry.

   3.1.3. **Wing Chaplain Course (WCC).** Chaplains selected for assignment as a Wing/Installation Chaplain must complete WCC. Selected chaplains must be in the grade of Major or above.

3.2. **Formal 5R0 Training.** Course descriptions, content, and prerequisites are found in ETCA https://etca.randolph.af.mil

   3.2.1. **Chaplain Assistant Apprentice Course.** All 5R0 personnel attend this initial skills training for award of the 3-skill level.

   3.2.2. **Chaplain Assistant Journeyman CDC.** All 5R0 personnel must successfully complete this correspondence course for the award of the 5-skill level.

   3.2.3. **Chaplain Assistant Craftsman Course.** Reserved for those who have completed their 7-level CDC and mandatory for the award of the 7-skill level.

   3.2.4. **Career Field Training and Education Plan (CFETP).** Contains requirements and training documentation for career progression.

3.3. **Continuing Education.** Authorized for Chaplain Service personnel professional development.

   3.3.1. **Professional Continuing Education (PCE).** Chaplain Service personnel attend PCE programs to enhance professional competencies.

   3.3.2. **Conferences.** Conferences are designed to meet professional development requirements enhancing Chaplain Service mission accomplishment.

   3.3.3. **Retreats.** Retreats provide spiritual growth, development, and renewal opportunities. Permissive TDY is authorized under AFI 36-3003. TDY funding may be authorized with Wing Chaplain's recommendation and commander's approval.

   3.3.4. **USAF Chaplain Service Mentoring Handbook.** Provides guidance for chaplain professional career progression and is used as a part of training and equipping chaplains for advanced leadership within the career field. Completion of handbook instructional units are required for Conditional Reserve Status (CRS).

3.4. **Chaplain Specialized Education.** Develops specialized skills to benefit the Chaplain Service.

   3.4.1. **Graduate Education, Air Force Institute of Technology (AFIT).** Chaplains are selected to attend graduate education programs to develop specific subject matter expertise.

   3.4.2. **Clinical Pastoral Education (CPE).** Chaplains are selected to attend CPE programs to develop specialized ministry skills in a readiness environment.

   3.4.3. Chaplains must fulfill the service commitment incurred from participating in a specialized education course before they are eligible for another specialized education course selection.

**4. Ecclesiastical Requirements.** Chaplains fulfill specific requirements as directed by their denomination and endorsing agencies. Permissive TDY is authorized for this purpose in accordance with AFI 36-3003.

**5. Professional Development Assignment Procedures.**

   5.1. **Specialized Educational Programs (c.f § 3.4.).** Each spring CSC chaplains receive a comprehensive overview from HQ USAF/HCX regarding requirements and content of Chaplain Service specialized educational programs planned for the upcoming fiscal year. CSC chaplains subsequently nominate and submit qualified chaplains within their area of responsibility. In the fall, the CSC makes recommendations to the Chief of the Chaplain Service. The Chief of the Chaplain Service approves educational program selections for implementation by HQ USAF/HCX and AFPC/DPAH.

      5.1.1. **Assignment Restrictions.** Chaplains completing a specialized education program (AFIT and CPE) or Professional Military Education (PME) in residence are ineligible for subsequent assignment to attend specialized educational program or in residence PME until completion of the Active Duty Service Commitment (ADSC).

   5.2. **Wing and Staff Officer Vacancies.** Each fall CSC chaplains receive briefings from AFPC/DPAH regarding (1) upcoming vacancies in Wing Chaplain and staff officer position, and (2) the results of the Wing Chaplain/Leadership Board. In joint session with AFPC/DPAH, the CSC:

      5.2.1. Discusses specific requirements and unique considerations for each assignment consistent with the accomplishment of the Chaplain Service mission and the career progression of the individual chaplains.

      5.2.2. Provides recommendations to the Chief of the Chaplain Service for current openings.

**6. Maintaining Designation.**

   6.1. Once designated a chaplain, the officer must maintain such current compliance with the requirements, if any, of his or her denomination and ecclesiastical endorsing agency.

   6.2. A chaplain must immediately notify and provide any documentation to the Chief of the Chaplain Service, via command channels, of the commencement or pendency of any action that may lead to disciplinary action or the withdrawal, termination, revocation, or suspension of his or her ecclesiastical endorsement.

**7. Withdrawing Designation.**

   7.1. Designation will be automatically withdrawn from a chaplain under the following circumstances (AF/JAA will establish the Operating Instruction (OI) to ensure due process):

      7.1.1. Separation.

      7.1.2. Transfer from the Chaplain Service.

      7.1.3. Withdrawal of ecclesiastical endorsement.

   7.2. An officer's chaplain designation may also be withdrawn for cause under any of the following circumstances, or for other good cause:

      7.2.1. The officer fails to satisfactorily complete Commissioned Officer Training (COT).

7.2.2. The officer fails to satisfactorily complete the Basic Chaplain Course.

7.2.3. The officer fails to maintain professional standards.

7.2.4. The officer violates or compromises the Chaplain non-combatant status.

7.2.5. The officer fails to maintain ethical standards.

7.2.6. The officer violates the UCMJ.

   7.2.6.1. For ANG, a violation of the State Militia Code.

7.2.7. The officer violates state or Federal criminal statutes.

7.3. Wing chaplains forward withdrawal recommendations to their respective MAJCOM/HC. Upon receipt of a chaplaincy withdrawal recommendation, the MAJCOM/HC has 5 calendar days to determine what action, if any, to take based on the facts provided. The MAJCOM/HC is not bound by any recommendation and may recommend the Chief of the Chaplain Service terminate the withdrawal action. If after review of all the facts and circumstances involved in the withdrawal recommendation, including any information, documents, and recommendations, the MAJCOM/HC may initiate designation withdrawal procedures.

   7.3.1. For ANG chaplains, a recommendation will be forward to the Adjutant General (TAG) of the chaplain's state, commonwealth, or territory."

7.4. If circumstances warrant such action, the MAJCOM/HC can suspend designation immediately, pending a final decision by the Chief of the Chaplain Service.

**8. Reporting Administrative Actions to Ecclesiastical Endorsing Groups.** Only HQ USAF/HC makes reports of administrative action and chaplaincy designation withdrawal to ecclesiastical endorsing groups. Prior to submitting any such report to a chaplain's ecclesiastical endorsing group, review and coordination with HQ USAF/JAA is required.

**9. Forms Adopted.** Use AF Form 847, *Recommendation for Change of Publication*, for comments and suggested improvements.

                                                        LORRAINE K. POTTER,
                                                        Chaplain, Major General, USAF
                                                        Chief of the Chaplain Service

**Attachment 1**

**GLOSSARY OF REFERENCES AND SUPPORTING INFORMATION**

*References*

*AFCAT 36-2223, USAF Formal Schools*

AFI 52-101, *Chaplain Service Planning and Organizing*

AFI 36-2005, *Appointment In Commissioned Grades And Designation And Assignment In Professional Categories -- Reserve Of The Air Force And United States Air Force*

AFI 36-3003, *Military Leave Program*

AFI 36-3209, *Separation And Retirement Procedures For Air National Guard and Air Force Reserve Members*

AFMAN 36-2105, *Officer Classification*

AFMAN 36-2108, *Airman Classification*

AFPD 52-1, *Chaplain Service*

DoDD 1304.19, *Appointment of Chaplains for the Military Services*

DoDD 1310.2, *Appointing Commissioned Officers*

DoDD 1332.31, *Administrative Separation of Chaplains Upon Loss of Professional Qualifications*

DoDD 5120.8, *Armed Forces Chaplains Board Charter*

United States Code, Title 10, Sec 8067(h), *Designation: Officers to Perform Certain Professional Functions*

*Abbreviations and Acronyms*

**ADSC**—Active Duty Service Commitment

**AFCAT**—Air Force Catalog

**AFCFM**—Air Force Career Field Manager

**AFERB**—Air Force Education Review Board

**AFI**—Air Force Instruction

**AFIT**—Air Force Institute of Technology

**AFMAN**—Air Force Manual

**AFPD**—Air Force Policy Directive

**AFS**—Air Force Specialty

**ANG**—Air National Guard

**ARC**—Air Reserve Component

**ASM**—Academic Specialty Monitor

**BCC**—Basic Chaplain Course
**CDC**—Career Development Course
**CFM**—Career Field Manager
**CFETP**—Career Field Education and Training Plan
**COT**—Commissioned Officer Training
**CPD**—College of Professional Development
**CPE**—Clinical Pastoral Education
**CRS**—Conditional Reserve Status
**CSC**—Chaplain Service Council
**CSI**—Chaplain Service Institute
**DODD**—Department of Defense Directive
**DPAH**—Directorate, Personnel Assignments-Chaplain
**DRU**—Direct Reporting Unit
**FOA**—Field Operating Agency
**ICC**—Intermediate Chaplain Course
**MAJCOM**—Major Command
**NGB**—National Guard Bureau
**PCE**—Professional Continuing Education
**PME**—Professional Military Education
**SCE**—Staff Continuing Education
**UCMJ**—Uniform Code of Military Justice
**USC**—United States Code
**WCC**—Wing Chaplain Course