UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANDREW D. JOHNSON** )<br>   ) <br>    **Plaintiff** ) <br>   ) <br>      v.   ) <br>   ) <br>**PETER GEREN, in his official** ) <br>**capacity as Secretary of the Air Force;** ) <br>   ) <br>      **AND** ) <br>   ) <br>**CHURCH OF GOD MINISTRIES** ) <br>      **Defendants** ) | Case No. 1:05 CV 02079 RMU |

**ORDER**

Upon Consideration Of The Defendant's Motion To Dismiss Or, In The Alternative, For Summary Judgment, Plaintiff's Opposition thereto, and the entire record herein, it is on this

____ day of _____, 2006, hereby

   ORDERED that the said motion should be and hereby is GRANTED; and it is

   FURTHER ORDERED that the plaintiff's Complaint is hereby dismissed with prejudice.


Date:   March 16, 2006                          _____
                                                 UNITED STATES DISTRICT JUDGE