IN THE UNITED STATES DISTRICT COURT
FOR
THE DISTRUCT OF COLUMBIA

| | |
|---|---|
| ANDREW JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 1:05CV2079 |
| ) | |
| PETER GEREN, in his capacity as ) | |
| SECRETARY OF THE AIR FORCE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**Motion of Plaintiff for Leave to File Response to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment and Enlargement of Time to File Response Out of Time**

Comes now Plaintiff Andrew Johnson ("Plaintiff") by and through undersigned counsel Glassman & Bullock and Stephen C. Glassman and respectfully submits this Motion for Leave to File Response to Motion to Dismiss or in the Alternative for Summary Judgment Out of Time and for Enlargement of Time to File Response to Defendant's Motion. The basis of the Motion is detailed in the accompanying Memorandum of Points and Authorities in Support of Motion.

WHEREFORE, Plaintiff respectfully requests that this Court grant this request in its entirety and enter an order which:

1. Grants Plaintiff leave to file a response to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment out of time;

2. Enlarges the time for the Plaintiff to file a response to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment by thirty (30) days from the date of entry of the Order for this Motion; and

3. Awards any other and further relief as this Court deems just and proper.

Respectfully submitted,

____/s/_____
GLASSMAN & BULLOCK
Stephen C. Glassman
D.C. Bar Number:    024042
Jesse D. Stein
D.C. Bar:    465504
1950 Old Gallows Rd., Suite 700
Vienna, VA 22182
Telephone:    (301) 670-9200
Facsimile:    (703) 902-9501

Counsel for Plaintiff

## Certification of Counsel

I hereby certify that on the 8th day of May, 2006, the undersigned telephoned counsel for the Defendant in order to ascertain whether he would consent to the relief requested herein. Counsel for the Defendant was unavailable and a voice mail message was left. As of the date and time of this Motion, counsel for the Defendant has not responded to the telephone call.

____/s/_____
Jesse D. Stein

## Certificate of Service

I hereby certify that on the 8th day of May, 2006, the foregoing Motion and Memorandum of Points and Authorities in Support and proposed order were mailed by United States mail, postage pre-paid to:

Benton Gregory Peterson
Assistant United States Attorney
Civil Division
555 4th St., NW, Room E4905
Washington, D.C. 20530

____/s/_____
Jesse D. Stein

2