IN THE UNITED STATES DISTRICT COURT
FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 1:05CV2079 |
| ) | |
| PETER GEREN, in his capacity as ) | |
| SECRETARY OF THE AIR FORCE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**Motion of Plaintiff for Enlargement of Time to File Response to Defendant's Motion for Summary Judgment**

Comes now Plaintiff Andrew Johnson ("Plaintiff") by and through undersigned counsel Glassman & Bullock and Stephen C. Glassman and respectfully submits this Motion for Enlargement of Time to File Response to Defendant's Motion for Summary Judgment. The basis of the Motion is detailed in the accompanying Memorandum of Points and Authorities in Support of Motion. Plaintiff respectfully requests an enlargement of time to prepare and file a response to Defendant's Motion for Summary Judgment until a date ordered by the Court after the Court has ruled on Plaintiff's Motion for Voluntary Dismissal.

WHEREFORE, Plaintiff respectfully requests that this Court grant this request in its entirety and enter an order which:

1. Enlarges the time for the Plaintiff to file a response to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment by a number of days selected by the Court should the Court deny Plaintiff's Motion for Summary Judgment; and

    2.    Awards any other and further relief as this Court deems just and proper.

Respectfully submitted,

s/ Stephen C. Glassman
GLASSMAN & BULLOCK
Stephen C. Glassman
D.C. Bar Number:     024042
Jesse D. Stein
D.C. Bar:     465504
1950 Old Gallows Rd., Suite 700
Vienna, VA 22182
Telephone:     (301) 670-9200
Facsimile:     (703) 902-9501

Counsel for Plaintiff

Certificate of Counsel

I hereby certify that on the 29th day of June, 2006, I contacted counsel for the Defendant, Benton G. Peterson, by telephone in order to ascertain whether he would consent to the relief requested herein. Mr. Peterson did not answer the telephone call and a voice mail message was left for him. As of the filing of this Motion, undersigned counsel has been unable to obtain consent from counsel for the Defendant.

s/ Jesse D. Stein
Jesse D. Stein

Certificate of Service

I hereby certify that on the 29th day of May, 2006, the foregoing Motion and

Memorandum of Points and Authorities in Support and proposed order were mailed by

United States mail, postage pre-paid and served electronically to:

Benton Gregory Peterson
Assistant United States Attorney
Civil Division
555 4th St., NW, Room E4905
Washington, D.C. 20530

s/ Jesse D. Stein
Jesse D. Stein