IN THE UNITED STATES DISTRICT COURT
FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 1:05CV2079 |
| ) | |
| PETER GEREN, in his capacity as ) | |
| SECRETARY OF THE AIR FORCE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**Memorandum of Points and Authorities in Support of Motion of Plaintiff for Enlargement of Time to File Response to Motion for Summary Judgment**

Comes now Plaintiff Andrew Johnson ("Plaintiff") by and through undersigned counsel Glassman & Bullock and Stephen C. Glassman and respectfully submits this Memorandum of Points and Authorities in Support of Motion for Enlargement of Time to File Response to Defendant's Motion for Summary Judgment. In support thereof, Plaintiff states:

1.  Plaintiff filed suit against the Defendant on October 24, 2005.

2.  The Summons and Complaint were served on the Defendant Peter Geren, Secretary of the Air force ("Defendant") on November 14, 2005.

3.  On January 10, 2006, the Defendant filed a Motion for Enlargement of Time to File Response or Reply to Plaintiff's Complaint. The Court granted the Motion on January 13, 2006.

4.  On March 13, 2006, Defendant filed a second Motion for Enlargement of Time to File Dispositive Motion. On March 14, 2006, this Court granted Defendant's Motion.

5.     On March 16, 2006, Defendant filed a Motion to Dismiss or in the Alternative for Summary Judgment. Accordingly, Plaintiff's Response to Defendant's Motion for Summary Judgment was due on March 27, 2006. L.Civ. R. 7.

6.     Undersigned counsel, however, did not receive notice of the Defendant's filing and was unaware of it until May 8, 2006 when the docket in this matter was reviewed on-line by his associate. Undersigned counsel is the only recipient of electronic notices from this Court's electronic filing system in his office in this case. In March, 2006, however, counsel for the Plaintiff encountered a number of difficulties with the Electronic Court Filing ("ECF") system employed by this Court. The problems rendered him unable to access the PACER or ECF systems. Neither the undersigned nor his associate has record of receiving notice of the Defendant's filing electronically. Likewise, undersigned counsel never received a hard copy of the filing. Thus, the undersigned was not alerted to the Defendant's filing. This error was inadvertent and has been corrected.

7.     On May 8, 2006, Plaintiff filed a Motion for Leave to File Motion for Enlargement of Time to File Response to Defendant's Motion for Summary Judgment Out of Time and Motion for Enlargement of Time. The Court granted the Motion and instructed the Plaintiff to file a Response to the Defendant's Motion for Summary Judgment by June 30, 2006.

8.     On June 29, 2006, contemporaneous with this Motion, Plaintiff has filed a Motion for Voluntary Dismissal. Accordingly, Plaintiff requests that this Court further enlarge the time to respond to the Defendant's Motion for Summary Judgment to a date selected by the Court, but in no event less than 10 days, should this Court deny the Plaintiff's Motion for Summary Judgment.

9. Good cause exists to grant the relief requested herein. The Motion for Voluntary Dismissal will likely be decided on after the date when Plaintiff's Response to Defendant's Motion for Summary Judgment is due. Accordingly, in this Motion, Plaintiff seeks to avoid the entry of default judgment against the Plaintiff should this Court deny Plaintiff's Motion for Voluntary Dismissal.

WHEREFORE, Plaintiff respectfully requests that this Court grant this Motion in its entirety and enter an order which:

1. Enlarges the time for the Plaintiff to file a response to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment by a number of days selected by the Court should the Court deny Plaintiff's Motion for Summary Judgment, but in no case less than 14 days from the date of the Court's ruling on Plaintiff's Motion for Voluntary Dismissal; and

2. Grants any other further relief as this Court deems just and proper.

Respectfully submitted,

s/ Stephen C. Glassman
GLASSMAN & BULLOCK
Stephen C. Glassman
D.C. Bar Number:     024042
Jesse D. Stein
D.C. Bar:     465504
1950 Old Gallows Rd., Suite 700
Vienna, VA 22182
Telephone:     (301) 670-9200
Facsimile:     (703) 902-9501

Counsel for Plaintiff