**IN THE UNITED STATES DISTRICT COURT
FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANDREW JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 1:05CV2079 |
| ) | |
| PETER GEREN, in his capacity as ) | |
| SECRETARY OF THE AIR FORCE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**ORDER**

Upon the Motion of the Plaintiff for Leave to File a Response to the Defendant's Motion to Dismiss or in the Alternative for Summary Judgment and for Enlargement of Time to File Response, the Memorandum or Points and Authorities in Support, and good cause having been shown, it is hereby:

ORDERED that the Plaintiff's Motion for Enlargement of Time to Respond to Defendant's Motion for Summary Judgment is GRANTED in its entirety; and it is

FURTHER ORDERED that in light of the fact that the Plaintiff's Motion for Voluntary Dismissal has been denied, the Plaintiff shall file his Response to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment on or before_____; and it is

FURTHER ORDERED that the following relief shall be granted:

_____

_____

_____.

So Ordered.

Dated: _____     _____
                                                                                    Judge, United States District Court
                                                                                    For the District of Columbia

Copies to:

Stephen C. Glassman
D.C. Bar Number:     024042
Jesse D. Stein
D.C. Bar:     465504
1950 Old Gallows Rd., Suite 700
Vienna, VA 22182

Benton Gregory Peterson
Assistant United States Attorney
Civil Division
555 4th St., NW, Room E4905
Washington, D.C. 20530