IN THE UNITED STATES DISTRICT COURT
FOR
THE DISTRUCT OF COLUMBIA

| | |
|---|---|
| ANDREW JOHNSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PETER GEREN, in his capacity as )<br>SECRETARY OF THE AIR FORCE, )<br>)<br>Defendant. )<br>_____) | Civil Action No.: 1:05CV2079 |

**MOTION OF PLAINTIFF FOR VOLUNTARY DISMISSAL**

Comes now Plaintiff Andrew Johnson ("Plaintiff") by and through undersigned counsel Glassman & Bullock and Stephen C. Glassman and pursuant to Fed. R. Civ. P. 41 respectfully submits this Motion for Voluntary Dismissal. The basis of the Motion is detailed in the accompanying Memorandum of Points and Authorities in Support of Motion.

WHEREFORE, Plaintiff respectfully requests that this Court grant this request in its entirety and enter an order which:

1. Grants Plaintiff's Motion for Voluntary Dismissal in its entirety;

2. Dismisses this matter without prejudice; and

3. Awards any other and further relief as this Court deems just and proper.

Respectfully submitted,

s/ Stephen C. Glassman
GLASSMAN & BULLOCK
Stephen C. Glassman
D.C. Bar Number:     024042

          Jesse D. Stein
          D.C. Bar:    465504
          1950 Old Gallows Rd., Suite 700
          Vienna, VA 22182
          Telephone:   (301) 670-9200
          Facsimile:    (703) 902-9501

          Counsel for Plaintiff

## Certificate of Service

I hereby certify that on the 29th day of June, 2006, the foregoing Motion and Memorandum of Points and Authorities in Support and proposed order were mailed by United States mail, postage pre-paid and served electronically incident to the rules of this Court to:

Benton Gregory Peterson
Assistant United States Attorney
Civil Division
555 4th St., NW, Room E4905
Washington, D.C. 20530

          s/ Jesse D. Stein_____
          Jesse D. Stein