**IN THE UNITED STATES DISTRICT COURT**
**FOR**
**THE DISTRUCT OF COLUMBIA**

| | | |
|---|---|---|
| ANDREW JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 1:05CV2079 |
| | ) | |
| PETER GEREN, in his capacity as | ) | |
| SECRETARY OF THE AIR FORCE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Order

Upon the Motion of Plaintiff for Voluntary Dismissal Without Prejudice, the

Memorandum of Points and Authorities in Support and good cause having been shown it

is hereby:

ORDERED that the Motion for Voluntary Dismissal without Prejudice is hereby

GRANTED in its entirety; and it is

FURTHER ORDERED that the Complaint filed by the Plaintiff against the

Defendant Peter Green in his Capacity as Secretary of the Air Force is dismissed without

prejudice; and it is

FURTHER ORDERED that the following relief shall be granted:

_____

_____

_____

_____.

So Ordered this _____ day of _____, 2006.

                                                  _____
Judge, United States District Court
for the District of Columbia

Copies to:

Stephen C. Glassman
1950 Old Gallows Rd., Suite 700
Vienna, VA 22182

Benton Gregory Peterson
Assistant United States Attorney
Civil Division
555 4th St., NW, Room E4905
Washington, D.C. 20530

N:\WPfiles\Cases\Military Law\Johnson\Litigation\Order.VolDis.062706.jds.doc