**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | | |
|---|---|---|---|
| ANDREW D. JOHNSON, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 05-2079 (RMU) |
| | : | | |
| v. | : | Document No.: | 10 |
| | : | | |
| MICHAEL WYNNE, *in his capacity as* | : | | |
| SECRETARY OF THE AIR FORCE, | : | | |
| | : | | |
| Defendant. | : | | |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is this 18th day of

December, 2006,

**ORDERED** that the plaintiff's motion for voluntary dismissal is hereby **GRANTED**

**without prejudice**.

RICARDO M. URBINA
United States District Judge